■ STEVEN B. WEINSTEIN et al., Appellants, v JOSEPH S. REISS et al., Respondents. (Action No. 1.) STEVEN B. WEINSTEIN et al., Appellants, v HARLAN R. DAMAN, Respondent. (Action No. 2.) — In two medical malpractice actions, plaintiffs appeal from an order of the Supreme Court, Nassau County

(Roncallo, J.), entered August 7, 1980, which denied their motion to consolidate the actions and directed a joint trial. Order affirmed, without costs or disbursements. Special Term did not abuse its discretion by denying plaintiffs' motion to consolidate and by directing a joint trial of the two actions (see CPLR 602, subd [a]). However, both actions should be referred to a single malpractice panel. Damiani, J. P.; Lazer, Gulotta and Margett, JJ., concur.